RECEIVED

JUN 0 9 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DAVID M. HARKEY | CIVIL ACTION NO. 5:14-cv-3357 |
| VS. | SECTION P |
| | JUDGE STAGG |
| MICHAEL S. JONES | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 8th day of June, 2015.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE